H. C. MAIBOHM et al. v. W. C. CORR, Trustee of the Maibohm Motors Company, Bankrupt. (Circuit Court of Appeals, Sixth Circuit. November 6, 1923.) No. 3636. Petition to Revise an Order of the District Court of the United States for the Northern District of Ohio; John M. Killits, Judge. J. F. Hertlein and William L. Fiesinger, both of Sandusky, Ohio, for petitioners. George C. Steinemann, of Sandusky, Ohio, Marshall & Fraser, of Toledo, Ohio, and King, Ramsey, Flynn & Pyle, of Sandusky, Ohio, for respondents.

PER CURIAM. Judgment of the District Court affirmed.

---

Andrew MANESTAR, Plaintiff in Error, v. UNITED STATES of America. (Circuit Court of Appeals, Eighth Circuit. December 11, 1923.) No. 6561. In Error to the District Court of the United States for the Eastern District of Missouri. B. E. Hamilton, of St. Louis, Mo., for plaintiff in error. John C. Dyott, Sp. Asst. Atty. Gen., for the United States.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of counsel for defendant in error, under rule 16.

---

In the Matter of Charles G. NIEDNER, Alleged Bankrupt; Malcolm C. Hutchinson, Appellant. (Circuit Court of Appeals, Second Circuit. December 17, 1923.) No. 138. Appeal from the District Court of the United States for the Eastern District of New York. Olcott, Bonynge, McManus & Ernst, of New York City (Irving L. Ernst and Curley C. Hoffpauir, both of New York City, of counsel), for appellant. Sparks & Fuller, of Brooklyn, N. Y. (Jesse Fuller, Jr., of Brooklyn, N. Y., of counsel), for appellee. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.

---

D. B. NIVEN, Garnishee, Plaintiff in Error, v. UNITED STATES of America. (Circuit Court of Appeals, Eighth Circuit. January 22, 1924.) No. 6414. In Error to the District Court of the United States for the Eastern District of Arkansas. Irving Reihberger, of Pine Bluff, Ark., for plaintiff in error. Charles F. Cole, U. S. Atty., of Batesville, Ark. and Robert E. Fuhr, Asst. U. S. Atty., of Paragould, Ark.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.

---

PANAMA RAILROAD COMPANY, Respondent under Petition of Old Dominion Transportation Company, under Fifty-Sixth Admiralty Rule, Appellant, v. OLD DOMINION TRANSPORTATION COMPANY, Appellee, in Case of THAMES TOWBOAT COMPANY v. Steamship ALLIANCA. (Circuit Court of Appeals, Fourth Circuit. February 5, 1924.) No. 2148. Appeal from the District Court of the United States for the Eastern District of Virginia, at Norfolk; D. Lawrence Groner, Judge. Thomas H. Willcox, of Norfolk, Va. (Willcox, Cooke & Willcox, of Norfolk, Va., on the brief), for appellant. Leon T. Seawell, of Norfolk, Va. (Hughes, Little & Seawell and John Upton, all of Norfolk, Va., on the brief), for appellee. Before WOODS, WADDILL, and ROSE, Circuit Judges.

PER CURIAM. The decree (290 Fed. 450) is affirmed, for the reasons stated in the opinion of the District Judge. Affirmed.